IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| LISA HILL, <br><br> Plaintiff, <br> v. <br><br> DEPUY SYNTHES, INC., et al., <br><br> Defendants. | No. 2:25-CV-1001-ALM-EPD <br><br> Judge Algenon L. Marbley <br> Magistrate Judge Elizabeth Preston Deavers |

## F.R.E. 502(d) ORDER

The parties having agreed to a clawback agreement, and good cause appearing therefore, the Court hereby orders as follows:

i. For purposes of this Clawback Agreement, an "Inadvertently Produced Document" is a document produced to a pa1iy in this litigation that could have been withheld, in whole or in part, based on a legitimate claim of attorney-client privilege, work-product protection, or other applicable privilege.

ii. Inclusion of any Inadvertently Produced Document in a production shall not result in the waiver of any privilege or protection associated with such document, nor result in a subject matter waiver of any kind.

iii. A producing party may demand the return of any Inadvertently Produced Document, which demand shall be made to the receiving party's counsel in writing and shall contain information sufficient to identify the Inadvertently Produced Document. Within five (5) business days of the demand for the Inadvertently Produced Document, the producing party shall provide the receiving

        party with a privilege log for such document that is consistent with the requirements of the Federal Rules of Civil Procedure, setting forth the basis for the claim of privilege for the Inadve1iently Produced Document. In the event that any portion of the Inadvertently Produced Document does not contain privileged information, the producing party shall also provide a redacted copy of the Inadve1iently Produced Document that omits the information that the producing party believes is subject to a claim of privilege.

iv.    Upon receipt of a written demand for return of an Inadvertently Produced Document, the receiving party shall immediately return the Inadvertently Produced Document (and any copies thereof) to the producing party and shall immediately delete all electronic versions of the document.

v.    The receiving party may object to the producing party's designation of an Inadvertently Produced Document by providing written notice of such objection within five (5) business days of its receipt of a written demand for the return of an Inadvertently Produced Document. Any such objection shall be resolved by the Court after an *in camera* review of the Inadve1iently Produced Document. Pending resolution of the matter by the Court, the parties shall not use any documents that are claimed to be Inadvertently Produced Documents in this litigation.

It is SO ORDERED this 20th day of October, 2025.

                                            */s/ Elizabeth A. Preston Deavers*
                                            ELIZABETH A. PRESTON DEAVERS
                                            UNITED STATES MAGISTRATE JUDGE

We agree to abide by the terms of this Order.

| | |
|---|---|
| /s/ _Mark Defossez_____ | /s/ Molly E. Flynn____ |
| Mark Defossez (0054578) | David DeVillers (59456) |
| The Donahey Law Firm, LLC | Samantha Pugh (0101035) |
| 580 South High Street, Suite 200 | Molly E. Flynn (admitted *pro hac vice*) |
| Columbus, OH 43215 | BARNES & THORNBURG LLP |
| Email: mark@donaheylaw.com | 41 S. High Street, Suite 3300 |
| Email: danny@donaheylaw.com | Columbus, OH 43215 |
| | Telephone: (614) 628-1410 |
| | Email: ddevillers@btlaw.com |
| | Email: spugh@btlaw.com |
| | Email: molly.flynn@btlaw.com |